| UNITED STATES BANKRUPTCY COURT | Hearing Date: March 13, 2019 |
| SOUTHERN DISTRICT OF NEW YORK | Hearing Time: 10:00 am |

-----------------------------------------------------------X

In re

    HUGH O' REILLY                                  Case No. 18-23650
                                                    Chapter 7

                                  Debtor.

-----------------------------------------------------------X

## **NOTICE OF PRESENTMENT FOR AN ORDER AVOIDING JUDICIAL LIENS 11 U.S.C § 522(F)(1)**

UPON the affirmation of ROBERT S. LEWIS, ESQ., affirmed the 19th day of February, 2019 and all of the proceedings heretofore had herein, the debtor Hugh O'Reilly shall move this Court by Notice of Presentment on March 13, 2019 at 10:00 am at the United States Bankruptcy Courthouse located at 300 Quarropas Street White Plains, New York for a signature pursuant to 11 U.S.C §522(f)(1) to avoid Judicial Liens on the debtors exempt property in order to afford the debtor relief under the Bankruptcy Code, together with such other and further relief as this Court may deem just and proper.

PLEASE TAKE NOTICE THAT answering affidavits, if any, shall be served to the undersigned at least three days prior before the date of presentment, there will not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving party's and objection parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objection parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: Nyack, New York
          February 19, 2019

/s/ Robert S. Lewis, Esq.
ROBERT S. LEWIS, ESQ.
Law Office of Robert S. Lewis, P.C
53 Burd Street
Nyack, New York 10960
(845) 358-7100
(845) 353-6943