# EXHIBIT C

LAW OFFICE OF ROBERT S. LEWIS, PC

# Rockland County Clerk Recording Cover Sheet

Received From :

**First GRANTOR**
MIDLAND FUNDING OF DELAWARE LLC
8875 AERO DRIVE SUITE 200 SAN DIEGO, CA 92123

**First GRANTEE**
OREILLY, HUGH
350 BLAUVELT RD BLAUVELT, NY 10913

Index Type : Land Records
**Instr Number :** 2011-00012831                    Orig Instr #: SU-2011-000812
**Book :**                    **Page :**

Type of Instrument : Judgment
Type of Transaction :
Recording Fee :                    $0.00

Recording Pages :                    2

## Recorded Information

State of New York

County of Rockland

I hereby certify that the within and foregoing was
recorded in the Clerk's office for Rockland County,
New York

On (Recorded Date) : 03/30/2011

At (Recorded Time) : 3:44:58 PM

Doc ID - 021796830002

Paul Piperato, County Clerk

This sheet constitutes the Clerks endorsement required by Section 319 of Real Property Law of the State of New York

Entered By: BH  Printed On : 04/04/2011    At : 4:16:00PM

INDEX NO. 812/11
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
FILED
-------------------------------
MIDLAND FUNDING, LLC
DBA IN NEW YORK AS MIDLAND
FUNDING OF DELAWARE LLC
A/P/O GE MONEY BANK

MAR 30 2011

ROCKLAND COUNTY
CLERK'S OFFICE

PLAINTIFFS,

AGAINST

HUGH OREILLY

DEFENDANTS.
P048531446467
-------------------------------
JUDGMENT      ON DEFAULT *
-------------------------------

AMOUNT CLAIMED IN COMPLAINT   $    5,358.43
LESS PMTS THRU                $         .00

BALANCE OF CLAIM AMOUNT DUE   $    5,358.43
INTEREST FROM 12/05/10        $      139.92
ATTORNEYS FEES WAIVED         $         .00

                             $    5,498.35
COSTS BY STATUTE                  200.00
SERVICE OF SUMMONS & COMP          30.00
FILING OF SUMMONS & COMP          210.00
MOTION FEE
PROSPECTIVE EXECUTION FEE          40.00
FILING OF JUDGMENT                 45.00
REQ JUD INT
SATISFACTION PIECE
          SUBTOTAL      525.00
          TOTAL     $    6,023.35
* PURSUANT TO FDCPA, PLEASE TAKE   *
* NOTICE THAT FORSTER & GARBUS LLP *
* IS A DEBT COLLECTOR.             *

JUDGMENT ENTERED ON:    MAR 30 2011

JUDGMENT IS RENDERED IN FAVOR OF THE
PLAINTIFF
MIDLAND FUNDING, LLC
DBA IN NEW YORK AS MIDLAND
FUNDING OF DELAWARE LLC
A/P/O GE MONEY BANK
8875 AERO DR STE#200 SAN DIEGO  CA  92123

AND AGAINST THE FOLLOWING DEFENDANT(S)
HUGH OREILLY
350 BLAUVELT RD
BLAUVELT NY 10913

AS HEREIN ABOVE COMPUTED IN THE SUM
OF $  6,023.35
AND IT IS ADJUDGED THAT THE PLAINTIFF
HAS EXECUTION THEREFOR.

ROCKLAND COUNTY CLERK

_____CLERK

STATE OF NY, COUNTY OF SUFFOLK  SS:
JOEL D. LEIDERMAN AFFIRMS TRUE UN-
DER PENALTY OF PERJURY: HE IS ASSOC
WITH PLAINTIFF'S ATTY, ADMITTED TO
PRACTICE IN NY;DISBURSEMENTS SPECI-
FIED HEREIN, HAVE BEEN OR WILL
NECESSARILY BE MADE OR INCURRED,ARE
REASONABLE IN AMOUNT; SERVICE OF
SUMMONS/VERIFIED COMPLAINT HAS BEEN
MADE UPON DEFENDANT BY PERSONAL/SUB
SERVICE AS APPEARS BY AFFIDAVIT
OR ACKNOWLEDGMENT OF SERVICE. THE
TIME OF DEFENDANT/S TO APPEAR
OR ANSWER HAS EXPIRED AND THE DE-
FENDANT/S HAVE NOT APPEARED OR AN-
SWERED.THIS AFFIRMATION IS MADE IN
COMPLIANCE WITH 50 USCS APPX SECS
501 ET SEQ AND N.Y.M.L. 300-328.
THE DEFENDANT IS NOT AT THE
PRESENT TIME IN THE MILITARY OR
NAVAL SERVICE OF THE USA OR OF
ANY ALLIED NATION OF THE USA AS
SUCH TERM IS DEFINED BY THE ACTS OF
CONGRESS. I BASE SUCH STATEMENTS
ABOVE UPON THE FACTS STATED IN THE
ATTACHED DOD MANPOWER DATA REPORT.
AFFIRMANT GAVE ADDITIONAL
NOTICE OF THIS ACTION TO DEFENDANTS
BY MAILING A COPY OF THE SUMMONS
IN FIRST CLASS POSTAGE PAID
ENVELOPES MARKED "PERSONAL AND
CONFIDENTIAL" WITH NO INDICATION
THAT IT WAS FROM AN ATTORNEY OR
CONCERNED AN ALLEGED DEBT
ON              2/16/11
BY DELIVERING IT TO AN EMPLOYEE OF
THE USPS AT OUR OFFICES (USPS
DOMESTIC MAIL MANUAL SEC. 507
SUB 6.0 ET. SEQ.)
THE ENVELOPES WERE ADDRESSED TO


HUGH OREILLY

THE DEFENDANT/S  AT
350 BLAUVELT RD


BLAUVELT NY 10913


THIS BEING THE LAST KNOWN RESIDENCE
OF THE DEFENDANT/S.
    MORE THAN 20 DAYS HAVE ELAPSED
SINCE THEN, AND THE SUMMONS SO
MAILED HAS NOT BEEN RETURNED BY THE
USPO AS UNDELIVERABLE.
I AFFIRM THE SUMMONS AND COMPLAINT
AND AFFIDAVIT (OR ACKNOWLEDGMENT)
HAVE BEEN FILED IN THIS COURT UNDER
THE ABOVE INDEX #.


DATED: 3/22/11

        JOEL D. LEIDERMAN
FORSTER & GARBUS LLP, ATTYS FOR PLTF
60 MOTOR PKWY, COMMACK, NY 631-393-9400